CO-386
10/2018

# United States District Court
# For the District of Columbia

KKR & CO. GP LLC,

                      Plaintiff

vs

DOHA MEKKI, in her official capacity as ACTING ASSISTANT ATTORNEY GENERAL OF THE UNITED STATES FOR THE ANTITRUST DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, the FEDERAL TRADE COMMISSION, and UNITED STATES OF AMERICA,

                      Defendants

Civil Action No._____

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for __Plaintiff_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Plaintiff_____ which have any outstanding securities in the hands of the public:

KKR & Co. GP LLC is a limited liability partnership organized under the laws of Delaware. KKR & Co. GP LLC is indirectly owned by KKR & Co. Inc., which is a publicly traded corporation with its common stock and preferred stock listed on the New York Stock Exchange.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

*/s/ William A. Burck* _____
Signature

979677 -- 02 _____
BAR IDENTIFICATION NO.

William A. Burck _____
Print Name

1300 I Street, N.W., Suite 900 _____
Address

Washington, D.C. 20005 _____
City       State       Zip Code

202.538.8000 _____
Phone Number