IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KKR & CO. GP LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DOHA MEKKI, in her official capacity as ACTING ASSISTANT ATTORNEY GENERAL OF THE UNITED STATES FOR THE ANTITRUST DIVISION, UNITED STATES DEPARTMENT OF JUSTICE, FEDERAL TRADE COMMISSION, and UNITED STATES OF AMERICA,<br><br>　　　　Defendants. | Civil Action No. 1:25-cv-00096 |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

In accordance with Federal Rule of Procedure 41(a)(1)(A)(i), KKR & Co. GP LLC ("Plaintiff") hereby submits this notice of voluntary dismissal without prejudice. On the same date as the filing of this action, the following related action was filed: *United States of America v. KKR & Co. Inc. et al.*, 1:25-cv-000343-JHR (S.D.N.Y.).

Federal Rule of Procedure 41(a)(1)(A)(i) permits voluntary dismissal by a plaintiff without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Defendants in this case have not filed an answer or a motion for summary judgment.

Plaintiff is dismissing this action and refiling its complaint in the Southern District of New York.

DATED:  January 16, 2025                    Respectfully submitted,

                                            By   */s/ William A. Burck*
                                            William A. Burck (D.C. Bar. No. 979677)
                                            Michael D. Bonanno (D.C. Bar. No. 998208)
                                            **QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP**
                                            1300 I Street, N.W., Suite 900
                                            Washington, DC 20005
                                            Tel: 202.538.8000
                                            Fax: 202.538.8100
                                            williamburck@quinnemanuel.com
                                            mikebonanno@quinnemanuel.com


                                            Andrew J. Rossman (*pro hac vice forthcoming*)
                                            Stephen E. Frank (*pro hac vice forthcoming*)
                                            Mario O. Gazzola (*pro hac vice forthcoming*)
                                            **QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP**
                                            295 Fifth Avenue
                                            New York, NY 10016
                                            Tel: 212.849.7000
                                            Fax: 212.849.7100
                                            andrewrossman@quinnemanuel.com
                                            stephenfrank@quinnemanuel.com
                                            mariogazzola@quinnemanuel.com


                                            John Bash (D.C. Bar. No. 988874)
                                            **QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP**
                                            300 West 6th St., Suite 2010
                                            Austin, TX 78701
                                            Tel: 737.667.6100
                                            Fax: 737.667.6110
                                            johnbash@quinnemanuel.com

Charles F. Rule (D.C. Bar. No. 370818)
Deborah Garza (D.C. Bar. No. 359259) (*pro hac vice forthcoming*)
Daniel J. Howley (D.C. Bar. No. 983664)
**RULE GARZA HOWLEY LLP**
901 Seventh Street, NW
Suite 600
Washington, D.C. 20001
Tel: 202.843.9280
Fax: 202.843.5661
rule@rulegarza.com
garza@rulegarza.com
howley@rulegarza.com

*Counsel for Plaintiff KKR & Co. GP LLC*

## CERTIFICATE OF SERVICE

      Pursuant to the Federal Rules of Civil Procedure, I hereby certify that, on January 16, 2025, all counsel of record who have appeared in this case are being served with a copy of the foregoing by email.

Dated:  January 16, 2025     */s/ William A. Burck*
                                              William A. Burck